## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| John and Carolyn Geston, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Carol K. Olson, in her official | ) | |
| capacity as Executive Director of | ) | |
| North Dakota Department of | ) | |
| Human Services, | ) | |
| | ) | Case No. 1:11-cv-044 |
| Defendant. | ) | |

On October 27, 2011, the parties filed a Stipulation to Amend the Scheduling and Discovery Order. The court **ADOPTS** the parties' stipulation (Docket No. 17). Paragraphs 3(c) and 3(d), respectively, of the Scheduling/Discovery Order shall be amended as follows:

1. The Plaintiffs shall have until November 21, 2011 to file a reply/response memorandum; and

2. The Defendant shall have until January 3, 2012 to file a reply memorandum.

**IT IS SO ORDERED.**

Dated this 28th day of October 28, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court